UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ROMONE L. TURNER, | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) No.: 3:14-cv-462-TAV-CCS ) |
| JAMES BERRONG, et al., | ) ) |
| *Defendants.* | ) |

## MEMORANDUM

On December 1, 2014, plaintiff was ordered to complete and return the service packets for the defendants within 20 days. Plaintiff was forewarned that failure to return the completed service packets could jeopardize his prosecution of this action. Plaintiff has failed to return the service packets or otherwise respond to the order of this Court. Therefore, this action will be **DISMISSED WITHOUT PREJUDICE**, *sua sponte*, for failure to prosecute and to comply with the orders of this Court. Fed. R. Civ. P. 41(b); *Jourdan v. Jabe*, 951 F.2d 108 (6th Cir. 1991). The Court will **CERTIFY** that any appeal from this action would not be taken in good faith and would be totally frivolous. *See* Fed. R. App. P. 24.

    **AN APPROPRIATE ORDER WILL ENTER.**

                    s/ Thomas A. Varlan
                      CHIEF UNITED STATES DISTRICT JUDGE